**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES MILLS,

      Plaintiff,

v.                                                                        Case No.: 3:24-cv-86-WWB-MCR

JH PORTFOLIO DEBT EQUITIES, LLC,
EQUIFAX INFORMATION SERVICES,
LLC and TRANSUNION, LLC,

      Defendants.

_____/

## <u>ORDER</u>

The Court has been advised by Plaintiff's Notice of Settlement as to Defendant Equifax Information Services, LLC that the above-styled action has been completely settled as to said Defendant.  (Doc. 26 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims against Equifax Information Services, LLC are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to terminate Equifax Information Services, LLC as a Defendant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** in Jacksonville, Florida on May 17, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2