**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES MILLS,

      Plaintiff,

v.                                 Case No.: 3:24-cv-86-WWB-MCR

JH PORTFOLIO DEBT EQUITIES, LLC
and TRANSUNION, LLC,

      Defendants.

_____

## <u>ORDER</u>

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal Without Prejudice as to Defendant JH Portfolio Debt Equities, LLC (Doc. 31). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk is directed to terminate JH Portfolio Debt Equities, LLC as a Defendant in this matter and amend the case style accordingly.

**DONE AND ORDERED** at Jacksonville, Florida on June 25, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record